HUNTER PYLE, SBN 191125
RACHEL EVANS, SBN 291876
**SUNDEEN SALINAS & PYLE**
428 Thirteenth Street, Eighth Floor
Oakland, California 94612
Telephone:(510) 663-9240
Facsimile: (510) 663-9241
hpyle@ssrplaw.com; revans@ssrplaw.com

*Attorneys for Plaintiffs*
Edwin Houston Hayes and Greg Knapp

*Additional Counsel Listed Below*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWIN HOUSTON HAYES and GREG KNAPP,<br><br>           Plaintiffs,<br><br>     v.<br><br>DEPUY SYNTHES SALES, INC.; JOHNSON & JOHNSON SERVICES, INC.; SYNTHES, INC.; and SYNTHES USA SALES, LLC,<br><br>           Defendants. | Case No. 2:15-cv-01200-TLN-AC<br><br>**JOINT STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

1  **BLANK ROME LLP**
2  Michael L. Ludwig (SBN 173850)
   Ludwig@BlankRome.com
3  Shirley M. Kong (SBN 252838)
   SKong@BlankRome.com
4  2029 Century Park East, 6th Floor
   Los Angeles, CA 90067
5  Telephone:    424.239.3400
6  Facsimile:    424.239.3434

7  **BLANK ROME LLP**
   Anthony B. Haller (*pro hac vice*)
8  Haller@BlankRome.com
   One Logan Square
9  130 North 18th Street
10 Philadelphia, PA 19103
   Telephone: 215.569.5690
11 Facsimile: 215.832.5690

12 *Attorneys for Defendants,*
   DePuy Synthes Sales, Inc.,
13 Johnson & Johnson Services, Inc.,
   Synthes, Inc., and Synthes USA Sales, LLC
14

15

...

28
                                           Case No. 2:15-cv-01200-TLN-AC
   JOINT STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER

1    By and through their undersigned counsel of record, Plaintiffs Edwin Houston Hayes and
2 Greg Knapp ("Plaintiffs") and Defendants DePuy Synthes Sales, Inc.; Johnson & Johnson Services,
3 Inc.; Synthes, Inc.; and Synthes USA Sales, LLC ("Defendants") (collectively, the "Parties") hereby
4 stipulate and agree as follows:
5    WHEREAS, this Court entered its Pretrial Scheduling Order ("Scheduling Order") on
6 November 13, 2015 (Docket number 12);
7    WHEREAS, on October 28, 2015 and November 5, 2015 Defendants tendered to Plaintiffs
8 statutory offers to compromise pursuant to Rule 68 of the Federal Rules of Civil Procedure;
9    WHEREAS, the Parties engaged in good faith discussions regarding the Rule 68 offers to
10 compromise through the end of November 2015, and Plaintiffs ultimately declined Defendants'
11 Rule 68 offers;
12    WHEREAS, Plaintiffs propounded written discovery in February 2016, and Defendants
13 requested, and Plaintiffs agreed to, a two week extension on their deadline to respond to Plaintiffs'
14 written discovery;
15    WHEREAS, Plaintiffs' counsel has a trial beginning on April 11, 2016, which is expected to
16 last between 4 and 6 weeks;
17    WHEREAS, Rachel Evans, counsel for Plaintiffs, will be leaving Sundeen Salinas & Pyle
18 and will withdraw as Plaintiffs' counsel of record in May 2016;
19    WHEREAS, Hunter Pyle, counsel for Plaintiffs, will be unavailable during the last ten days
20 of May 2016 due to speaking at and attending a conference in Switzerland;
21    WHEREAS, the Parties agree that the current Scheduling Order does not allow the Parties
22 sufficient time to complete the discovery that is reasonably necessary for filing dispositive motions
23 and preparing for trial;
24    WHEREAS, based on the progress of this case, a 60-day extension of the deadlines for
25 completing fact discovery and disclosing expert witnesses will allow the Parties to engage in
26 meaningful discovery and to adequately prepare to file dispositive motions and prepare for trial;
27    WHEREAS, the proposed stipulated 60-day extension of the deadlines for completing fact
28

**1**    Case No. 2:15-cv-01200-TLN-AC
JOINT STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER

discovery and disclosing expert witnesses will not delay or prejudice the timely resolution of this case;

WHEREAS, Federal Rule of Civil Procedure 16(b)(4) requires good cause and judicial consent as prerequisites to modifying a scheduling order; and

WHEREAS, no extensions of time have been previously sought by the Parties, and the requested extension will not affect the trial date in this case.

THEREFORE, THE PARTIES HEREBY STIPULATE to, and seek an order from this Court, continuing the deadlines contained in the Scheduling Order as follows:

1. The Parties shall complete fact discovery by August 2, 2016; and
2. The Parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) no later than October 4, 2016.

Respectfully submitted,

Dated: March 11, 2016              SUNDEEN SALINAS & PYLE

By: /s/ *Hunter Pyle*_____
    Hunter Pyle

*Attorneys for Plaintiffs*
Edwin Houston Hayes and Greg Knapp


Dated: March 11, 2016              BLANK ROME LLP

By: /s/ *Caroline Donelan*_____
    (as authorized on March 9, 2016, L.R. 131(e))
    Caroline Donelan

*Attorneys for Defendants*
DePuy Synthes Sales, Inc.,
Johnson & Johnson Services, Inc.,
Synthes, Inc., and Synthes USA Sales, LLC

**2**                          Case No. 2:15-cv-01200-TLN-AC

1  **IT IS SO ORDERED.**

3  Dated: March 11, 2016

6  Troy L. Nunley
   United States District Judge