UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN HOUSTON HAYES, et al., | No. 2:15-cv-1200 TLN AC |
| Plaintiffs, | |
| v. | ORDER |
| DEPUY SYNTHES SALES, INC., et al., | |
| Defendants. | |

The parties have submitted a stipulation and proposed order for a protective order. ECF Nos. 16, 16-1. This matter was referred to the undersigned by E.D. Cal. R. ("Local Rule") 302(c)(1).

The stipulation makes reference to Local Rules 7 and 79-5 which, according to the stipulation, governs confidentiality and filing documents under seal. However, this court has no Local Rule 7 or Local Rule 79-5. The parties are directed to this court's Local Rules for information on confidentiality, filing documents under seal, the mechanics of obtaining a stipulated protective order and all other matters governed by the Local Rules.

In addition, such stipulated protective orders must be directed to the magistrate judge. See Local Rule 302(c)(1).

////

////

1

1       Accordingly, IT IS HEREBY ORDERED that the stipulation and proposed order (ECF
2 No. 16, 16-1), are NOT APPROVED.
3 DATED: May 17, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE