BLANK ROME LLP
Michael L. Ludwig (SBN 173850)
Ludwig@BlankRome.com
Caroline P. Donelan (SBN 268762)
CDonelan@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA  90067
Telephone:   424.239.3400
Facsimile:    424.239.3434

BLANK ROME LLP
Anthony B. Haller (*pro hac vice*)
Haller@BlankRome.com
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone: 215.569.5690
Facsimile: 215.832.5690

*Attorneys for Defendants,*
Synthes, Inc., DePuy Synthes Sales, Inc.,
Johnson & Johnson Services, Inc.,
and Synthes USA Sales, LLC

HUNTER PYLE, SBN 191125
CHAD SAUNDERS, SBN 257810
SUNDEEN SALINAS & PYLE
428 Thirteenth Street, Eighth Floor
Oakland, California 94612
Telephone:   (510) 663-9240
Facsimile:    (510) 663-9241
hpyle@ssrplaw.com; revans@ssrplaw.com

*Attorneys for Plaintiffs*
Edwin Houston Hayes and Greg Knapp

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWIN HOUSTON HAYES and GREG KNAPP,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>DEPUY SYNTHES SALES, INC., JOHNSON & JOHNSON SERVICES, INC.; SYNTHES, INC., and SYNTHES USA SALES, LLC,<br><br>　　　　　Defendants. | Case No.: 2:15-cv-01200-TLN-AC<br><br>**JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES AND ORDER THEREON**<br><br>Complaint filed:  June 3, 2015<br>FAC filed:  June 10, 2015 |

Defendants SYNTHES, INC., DEPUY SYNTHES SALES, INC., JOHNSON & JOHNSON SERVICES, INC. and SYNTHES USA SALES, LLC ("Defendants") and Plaintiffs EDWIN HOUSTON HAYES and GREG KNAPP ("Plaintiffs"), by and through their counsel of record, hereby jointly stipulate and respectfully request that the Court extend the discovery deadline from August 2, 2016, to October 3, 2016. In support of this stipulation, the parties state as follows:

WHEREAS, this Court entered its initial Pretrial Scheduling Order ("Scheduling Order") on November 13, 2015 (Docket number 12);

WHEREAS, Plaintiffs propounded written discovery in February 2016, including the discovery of electronically stored information (ESI) and Defendants requested, and Plaintiffs agreed to, an extension on their deadline to respond to Plaintiffs' written discovery given the scope and volume of the ESI involved.

WHEREAS, based on the scope and volume of the ESI requested in discovery, Defendants' first document production in this case was made on May 16, 2016;

WHEREAS, Rachel Evans, former counsel for Plaintiffs, left Sundeen Salinas & Pyle on May 16, 2016 and is withdrawing as counsel of record for Plaintiffs;

WHEREAS, the Parties requested and received one previous 60 day extension to conduct fact discovery on March 11, 2016 (Docket number 15);

WHEREAS, Plaintiffs' depositions were previously set for June 23, 2016;

WHEREAS, due to Defendants' counsel's obligation to attend an unforeseen preliminary injunction hearing out of state on June 23, 2016, and the fact that Plaintiffs' counsel will be out of state from July 7 – 28, 2016, Defendants took Plaintiffs' depositions off calendar. The Parties are in the process of confirming new dates for Plaintiffs' depositions, tentatively set for the first week of August 2016;

WHEREAS, Plaintiffs noticed the FRCP 30(b)(6) depositions for June 29, 2016;

1
**JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES**
090725.02386/102337762V.1

1 WHEREAS, Defendants' counsel and the designated deponents are not available on June 29, 2016, and the Parties are in the process of confirming new dates for the FRCP 30(b)(6) depositions, tentatively set for the second week of August 2016;

WHEREAS, the Parties agree that the current Scheduling Order does not allow the Parties sufficient time to complete Plaintiffs' and FRCP 30(b)(6) depositions by August 2, 2016 due to the reasons set forth above, and the Parties anticipate the need for additional discovery following the depositions that is reasonably necessary for filing dispositive motions and preparing for trial;

WHEREAS, based on the good faith progress of this case, a second extension of the deadlines for completing fact discovery and disclosing expert witnesses will allow the Parties to engage in meaningful discovery and to adequately prepare to file dispositive motions and prepare for trial;

WHEREAS, the proposed extension of the deadlines for completing fact discovery and disclosing expert witnesses will not delay trial or otherwise prejudice the timely resolution of this case;

WHEREAS, Federal Rule of Civil Procedure 16(b)(4) requires good cause and judicial consent as prerequisites to modifying a scheduling order; and

WHEREAS, only one extension of time has been previously sought by the Parties, and the requested extension will not affect the trial date in this case.

THEREFORE, THE PARTIES HEREBY STIPULATE to, and seek an order from this Court, continuing the deadlines contained in the Scheduling Order as follows:

1. The Parties shall complete fact discovery by October 14, 2016;
2. The Parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) no later than November 7, 2016; and

   3. All dispositive motions, except motions for continuances, temporary restraining orders or other emergency applications, shall be heard no later than December 08, 2016.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:   June 3, 2016   /s/ Chad Saunders
            (As authorized on June 3, 2016 L.R. 131(e))
            Attorney for Plaintiffs

DATED:   June 3, 2016   /s/ Michael L. Ludwig
            Attorney for Defendants

  IT IS SO ORDERED.

Dated: June 6, 2016

           _____
           Troy L. Nunley
           United States District Judge