BLANK ROME LLP
Michael L. Ludwig (SBN 173850)
Ludwig@BlankRome.com
Caroline P. Donelan (SBN 268762)
CDonelan@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA  90067
Telephone:   424.239.3400
Facsimile:    424.239.3434

BLANK ROME LLP
Anthony B. Haller (*pro hac vice*)
Haller@BlankRome.com
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone:  215.569.5690
Facsimile:  215.832.5690

*Attorneys for Defendants,*
Synthes, Inc., DePuy Synthes Sales, Inc.,
Johnson & Johnson Services, Inc.,
and Synthes USA Sales, LLC

HUNTER PYLE, SBN 191125
hpyle@ssrplaw.com
CHAD SAUNDERS, SBN 257810
csaunders@ssrplaw.com
SUNDEEN SALINAS & PYLE
428 Thirteenth Street, Eighth Floor
Oakland, California 94612
Telephone:   (510) 663-9240
Facsimile:    (510) 663-9241

*Attorneys for Plaintiffs*
Edwin Houston Hayes and Greg Knapp

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| EDWIN HOUSTON HAYES and GREG KNAPP, <br><br>   Plaintiffs, <br>   v. <br><br>DEPUY SYNTHES SALES, INC.; JOHNSON & JOHNSON SERVICES, INC.; SYNTHES, INC., and SYNTHES USA SALES, LLC, <br><br>   Defendants. | Case No.: 2:15-cv-01200-TLN-AC <br><br>*Assigned for all purposes to the Honorable Troy L. Nunley* <br><br>**JOINT STIPULATION TO REVISE CURRENT CASE SCHEDULE AND ORDER THEREON [MODIFIED FROM SUBMITTED VERSION]** <br><br>FAC filed:  June 10, 2015 |

**JOINT STIPULATION TO EXTEND DEADLINES**

Defendants SYNTHES, INC., DEPUY SYNTHES SALES, INC., JOHNSON & JOHNSON SERVICES, INC. and SYNTHES USA SALES, LLC ("Defendants") and Plaintiffs EDWIN HOUSTON HAYES and GREG KNAPP ("Plaintiffs"), (collectively referred to herein as "the Parties") by and through their counsel of record, hereby jointly stipulate and respectfully request that the Court extend the fact discovery, expert disclosure, and dispositive motion deadlines for this litigation.  In support of this stipulation, the Parties state as follows:

WHEREAS, this Court entered its initial Pretrial Scheduling Order ("Scheduling Order") on November 13, 2015 (Docket number 12);

WHEREAS, on October 28, 2015 and November 5, 2015 Defendants tendered to Plaintiffs statutory offers to compromise pursuant to Rule 68 of the Federal Rules of Civil Procedure;

WHEREAS, the Parties engaged in good faith discussions regarding the Rule 68 offers to compromise through the end of November 2015, and Plaintiffs ultimately declined Defendants' Rule 68 offers;

WHEREAS, from February to May 2016, the Parties propounded and exchanged written discovery, including the production of documents and voluminous electronically stored information;

WHEREAS, the Parties have requested in good faith and received two previous extensions to the fact discovery deadlines in this case (Docket numbers 15 and 20) based primarily on the availability of witnesses and attorneys for deposition;

WHEREAS, in August 2016 the Parties again began to engage in good faith settlement discussions and agreed to postpone fact witness depositions and instead participate in private mediation, which mediation was held on September 13, 2016 before Ret. Judge Bonnie Sabraw of ADR Services, Inc.;

1
**JOINT STIPULATION TO EXTEND DEADLINES**

| | |
|---|---|
| 1 | WHEREAS, the Parties were unsuccessful in resolving this matter at |
| 2 | mediation, but have continued to engage in good faith settlement discussions and |
| 3 | negotiations both directly and through Judge Sabraw; |
| 4 | WHEREAS, the Parties agree that the current Scheduling Order does not |
| 5 | allow the Parties sufficient time to continue those discussions and complete fact |
| 6 | discovery by the October 14, 2016 deadline; |
| 7 | WHEREAS, based on the progress of the case and the settlement discussions |
| 8 | between the Parties, a short extension of the deadline for completing fact discovery |
| 9 | (and a short corresponding extension of other deadlines) will allow the Parties to |
| 10 | continue to engage in meaningful settlement discussions and to adequately prepare |
| 11 | for trial if those negotiations prove unsuccessful; |
| 12 | WHEREAS, the Parties filed a proposed stipulation on October 14, 2017, |
| 13 | which this Court denied without prejudice with the direction that the Parties |
| 14 | "submit a proposal in which ALL of the current pretrial dates are amended in |
| 15 | compliance with the Court's Pretrial Scheduling Order, thus affording the Court |
| 16 | adequate time between the applicable deadlines" (Docket numbers 24-25); |
| 17 | WHEREAS, the Parties have now prepared this stipulation consistent with |
| 18 | this Court's direction; |
| 19 | WHEREAS, good cause exists for the proposed stipulated extension because |
| 20 | it will serve the interests of judicial economy by allowing the Parties to fully |
| 21 | explore the possibility settlement without incurring the costs of further depositions |
| 22 | or expert discovery and will not delay or prejudice the timely resolution of this |
| 23 | case; and |
| 24 | WHEREAS, the requested extension will not affect the March 13, 2017, trial |
| 25 | date in this case and, in the view of the Parties, affords this Court adequate time |
| 26 | between the applicable deadlines; |
| 27 | |
| 28 | |

THEREFORE, THE PARTIES HEREBY STIPULATE to, and seek an order from this Court, continuing the deadlines contained in the Scheduling Order as follows:

| Event | Existing Deadline | Revised Deadline |
|---|---|---|
| Close of Fact Discovery | October 14, 2016 | December 5, 2016 |
| Expert Disclosures & Reports | November 7, 2016 | December 19, 2016 |
| Dispositive Motions | December 8, 2016 | **January 26, 2017** |
| Joint Final Pretrial Statement | January 5, 2017 | **April 27, 2017** |
| Final Pretrial Conference | January 12, 2016 | **May 4, 2017, at 2:00 p.m.** |
| Trial Date | March 13, 2017 | **July 10, 2017, at 9:00 a.m.** |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:   October 17, 2016        /s/ Chad Saunders
                                 (As authorized on October 17, 2016, L.R. 131(e))
                                 Attorney for Plaintiffs


DATED:   October 17, 2016        /s/ Caroline P. Donelan
                                 Attorney for Defendants


    IT IS SO ORDERED:

Dated: October 18, 2016
                                 Troy L. Nunley
                                 United States District Judge

3

**JOINT STIPULATION TO EXTEND DEADLINES**