BLANK ROME LLP
Michael L. Ludwig (SBN 173850)
Ludwig@BlankRome.com
Caroline P. Donelan (SBN 268762)
CDonelan@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA  90067
Telephone:   424.239.3400
Facsimile:    424.239.3434

BLANK ROME LLP
Anthony B. Haller (*pro hac vice*)
Haller@BlankRome.com
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone:  215.569.5690
Facsimile:  215.832.5690

*Attorneys for Defendants,*
Synthes, Inc., DePuy Synthes Sales, Inc.,
Johnson & Johnson Services, Inc.,
and Synthes USA Sales, LLC

HUNTER PYLE, SBN 191125
CHAD SAUNDERS, SBN 257810
SUNDEEN SALINAS & PYLE
428 Thirteenth Street, Eighth Floor
Oakland, California 94612
Telephone:   (510) 663-9240
Facsimile:    (510) 663-9241
hpyle@ssrplaw.com; csaunders@ssrplaw.com

*Attorneys for Plaintiffs*
Edwin Houston Hayes and Greg Knapp

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWIN HOUSTON HAYES and GREG KNAPP,<br><br>            Plaintiffs,<br>       v.<br><br>DEPUY SYNTHES SALES, INC., JOHNSON & JOHNSON SERVICES, INC.; SYNTHES, INC., and SYNTHES USA SALES, LLC,<br><br>            Defendants. | Case No.: 2:15-cv-01200-TLN-AC<br><br>**JOINT STIPULATION AND ORDER TO FILE SECOND AMENDED COMPLAINT**<br><br>Complaint filed:  June 3, 2015<br>FAC filed:  June 10, 2015 |

**JOINT STIPULATION AND ORDER TO FILE SECOND AMENDED COMPLAINT**

Defendants SYNTHES, INC., DEPUY SYNTHES SALES, INC., JOHNSON & JOHNSON SERVICES, INC. and SYNTHES USA SALES, LLC ("Defendants") and Plaintiffs EDWIN HOUSTON HAYES and GREG KNAPP ("Plaintiffs"), by and through their counsel of record, hereby jointly stipulate and respectfully request that the Court permit Plaintiffs to file a second amended complaint as follows:

WHEREAS, Plaintiffs' intend to amend the complaint to add a new Plaintiff, Mark Panozzo ("Panozzo"); and

WHEREAS, Defendants stipulate to allow Plaintiffs to file an amended complaint to add Panozzo, but expressly reserve all rights related to the amended complaint, including but not limited to the right to challenge the viability of Panozzo's claims.

THEREFORE, THE PARTIES HEREBY STIPULATE to, and seek an order from this Court, as follows:

1. Plaintiffs are permitted to file a second amended complaint adding Mark Panozzo as a plaintiff.
2. Defendants reserve all rights related to the amended complaint, including but not limited to the right to challenge the viability of Panozzo's claims.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: February 1, 2017    /s/ Chad Saunders
                           Attorney for Plaintiffs

DATED: February 1, 2017    /s/ Caroline P. Donelan
                           (As authorized on February 1, 2017, L.R. 131(e))
                           Attorney for Defendants

1

**JOINT STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**

IT IS SO ORDERED.

Dated: February 13, 2017

                                        Troy L. Nunley
                                        United States District Judge

2

**JOINT STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**