BLANK ROME LLP
Michael L. Ludwig (SBN 173850)
Ludwig@BlankRome.com
Caroline P. Donelan (SBN 268762)
CDonelan@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA  90067
Telephone:   424.239.3400
Facsimile:    424.239.3434

BLANK ROME LLP
Anthony B. Haller (*pro hac vice*)
Haller@BlankRome.com
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone:  215.569.5690
Facsimile:  215.832.5690

*Attorneys for Defendants,*
Synthes, Inc., DePuy Synthes Sales, Inc.,
Johnson & Johnson Services, Inc.,
and Synthes USA Sales, LLC

HUNTER PYLE (SBN 191125)
hunter@hunterpylelaw.com
CHAD SAUNDERS (SBN 257810)
csaunders@hunterpylelaw.com
HUNTER PYLE LAW
428 Thirteenth Street, Eighth Floor
Oakland, California 94612
Telephone:   (510) 444-4400
Facsimile:   (510) 444-4410

*Attorneys for Plaintiffs*
Edwin Houston Hayes, Greg Knapp, and Mark Panozzo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN HOUSTON HAYES, GREG KNAPP, and Mark Panozzo<br><br>Plaintiffs,<br>v.<br><br>DEPUY SYNTHES SALES, INC., JOHNSON & JOHNSON SERVICES, INC.; SYNTHES, INC., and SYNTHES USA SALES, LLC,<br><br>Defendants. | Case No.: 2:15-cv-01200-TLN-AC<br><br>*Assigned for all purposes to the Honorable Troy L. Nunley*<br><br>**JOINT STIPULATION TO REVISE CURRENT CASE SCHEDULE AND ORDER THEREON**<br><br>Second Amended Complaint filed: February 20, 2017 |

090725.02386/105173875V.1

**JOINT STIPULATION TO EXTEND DEADLINES**

1  Defendants SYNTHES, INC., DEPUY SYNTHES SALES, INC.,
2  JOHNSON & JOHNSON SERVICES, INC. and SYNTHES USA SALES, LLC
3  ("Defendants") and Plaintiffs EDWIN HOUSTON HAYES, GREG KNAPP and
4  MARK PANOZZO ("Plaintiffs"), (collectively referred to herein as "the Parties")
5  by and through their undersigned counsel of record, hereby jointly stipulate and
6  respectfully request that the Court extend the fact discovery, expert disclosure,
7  dispositive motion deadlines and trial date for this litigation.  In support of this
8  stipulation, the Parties state as follows:
9  WHEREAS, this Court entered its initial Pretrial Scheduling Order
10 ("Scheduling Order") on November 13, 2015 (Docket number 12);
11 WHEREAS, the Parties have requested in good faith and received four
12 previous extensions to the fact discovery deadlines in this case based primarily on
13 the availability of witnesses and attorneys for depositions, ongoing settlement
14 discussions between the parties, and the proposed addition of new parties. (Docket
15 Nos. 15, 20, 27, and 30).
16 WHEREAS, on February 14, 2017, the Court approved the Parties'
17 stipulation to allow Plaintiffs to file an Amended Complaint to add Plaintiff Mark
18 Panozzo ("Plaintiff Panozzo"). As part of the stipulation, Defendants expressly
19 reserved all rights related to the Second Amended Complaint, including but not
20 limited to the right to challenge the viability of Plaintiff Panozzo's claims (Docket
21 No. 32);
22 WHEREAS, on February 20, 2017, Plaintiffs filed their Second Amended
23 Complaint adding Plaintiff Panozzo to this action (Docket No. 34);
24 WHEREAS, the Parties agree that the current Scheduling Order does not
25 allow the Parties sufficient time to continue their good faith settlement discussions
26 and complete all necessary discovery, including but not limited to fact and
27 electronic discovery related to the newly added Plaintiff Panozzo, by the March 6,
28 2017 deadline;

090725.02386/105173875V.1                    1
**JOINT STIPULATION TO EXTEND DEADLINES**

WHEREAS, based on the progress of the case, the settlement discussions between the Parties, and the newly added Plaintiff Panozzo, an extension of the deadline for completing necessary fact discovery (and a corresponding extension of other deadlines) and trial will allow the Parties to continue to engage in meaningful settlement discussions and to adequately prepare for trial if those negotiations prove unsuccessful;

WHEREAS, good cause exists for the proposed stipulated extension because it will serve the interests of judicial economy by allowing the Parties to fully explore the possibility settlement and adequately conduct all necessary fact discovery, including electronic discovery, relating to Plaintiff Panozzo and will not otherwise prejudice a timely resolution of this case;

THEREFORE, THE PARTIES HEREBY STIPULATE to, and seek an order from this Court, continuing the deadlines and trial date contained in the Scheduling Order as follows:

| Event | Existing Deadline | Revised Deadline |
| --- | --- | --- |
| Close of Fact Discovery | March 6, 2017 | August 31, 2017 |
| Expert Disclosures & Reports | March 20, 2017 | September 14, 2017 |
| Deadline to File Dispositive Motions | April 6, 2017 | **November 2, 2017** |
| Joint Final Pretrial Statement | *** | **March 01, 2018** |
| Final Pretrial Conference | August 24, 2017 at 2:00 p.m. | **March 08, 2018** |
| Trial Date | October 2, 2017 at 9:00 a.m. | May 7, 2018 at 9:00 a.m. |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: February 27, 2016        /s/ Chad Saunders

(As authorized on 2/27/17; L.R. 131(e))

Attorney for Plaintiffs

DATED: February 27, 2017        /s/ Caroline P. Donelan

Attorney for Defendants

IT IS SO ORDERED:

Dated: February 28, 2017

Troy L. Nunley
United States District Judge

090725.02386/105173875V.1                    3

**JOINT STIPULATION TO EXTEND DEADLINES**