1  BLANK ROME LLP
   Michael L. Ludwig (SBN 173850)
2  Ludwig@BlankRome.com
   Caroline P. Donelan (SBN 268762)
3  CDonelan@BlankRome.com
   2029 Century Park East, 6th Floor
4  Los Angeles, CA  90067
   Telephone:  424.239.3400
5  Facsimile:  424.239.3434

6  BLANK ROME LLP
   Anthony B. Haller (*pro hac vice*)
7  Haller@BlankRome.com
   One Logan Square
8  130 North 18th Street
   Philadelphia, PA 19103
9  Telephone:  215.569.5690
   Facsimile:  215.832.5690
10
11 *Attorneys for Defendants,*

   Synthes, Inc., DePuy Synthes Sales,
12 Inc., Johnson & Johnson Services, Inc.,
   and Synthes USA Sales, LLC
13

   HUNTER PYLE LAW
   Hunter Pyle (SBN 191125)
   hunter@hunterpylelaw.com
   Chad Saunders (SBN 257810)
   csaunders@hunterpylelaw.com
   428 Thirteenth Street, 11th Floor
   Oakland, California 94612
   Telephone:  (510) 444-4400
   Facsimile:  (510) 444-4410

   *Attorneys for Plaintiffs*

   Edwin Houston Hayes, Greg Knapp, and Mark Panozzo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN HOUSTON HAYES, GREG KNAPP, and MARK PANOZZO,<br><br>Plaintiffs,<br>v.<br><br>DEPUY SYNTHES SALES, INC., JOHNSON & JOHNSON SERVICES, INC.; SYNTHES, INC., and SYNTHES USA SALES, LLC,<br><br>Defendants. | Case No.: 2:15-cv-01200-TLN-AC<br><br>**JOINT STIPULATION AND ORDER TO FILE THIRD AMENDED COMPLAINT AND TO EXTEND FACT DISCOVERY DEADLINE**<br><br>Complaint filed: June 3, 2015<br>FAC filed: June 10, 2015<br>SAC filed: February 20, 2017 |

**JOINT STIPULATION AND ORDER TO FILE THIRD AMENDED COMPLAINT**

|  |  |
|---|---|
| 1 | Defendants SYNTHES, INC., DEPUY SYNTHES SALES, INC., JOHNSON |
| 2 | & JOHNSON SERVICES, INC. and SYNTHES USA SALES, LLC ("Defendants") |
| 3 | and Plaintiffs EDWIN HOUSTON HAYES and GREG KNAPP ("Plaintiffs"), by and |
| 4 | through their counsel of record, hereby jointly stipulate and respectfully request that |
| 5 | the Court permit Plaintiffs to file a third amended complaint as follows: |
| 6 | WHEREAS, Plaintiffs' intend to amend the complaint to add a new Plaintiff, |
| 7 | Jorge Alonso ("Alonso"); |
| 8 | WHEREAS, Defendants stipulate to allow Plaintiffs to file an amended |
| 9 | complaint to add Alonso, but expressly reserve all rights related to the amended |
| 10 | complaint, including but not limited to the right to challenge the viability of Alonso's |
| 11 | claims; and |
| 12 | WHEREAS, the Parties agree that the fact discovery cutoff should be extended |
| 13 | from August 31, 2017, until October 16, 2017, in order to allow the Parties to |
| 14 | complete discovery for Mr. Alonso's claims. |
| 15 | WHEREAS, the Parties agree that the deadline to file any dispositive motions |
| 16 | should be extended from October 25, 2017, until November 17, 2017, in order to |
| 17 | allow the Parties adequate time following the close of fact discovery to prepare any |
| 18 | dispositive motions. This stipulation will not change any of the other dates set by the |
| 19 | Court (*see* Dkt. 36), including the trial date. |
| 20 | THEREFORE, THE PARTIES HEREBY STIPULATE to, and seek an order |
| 21 | from this Court, as follows: |
| 22 | 1. Plaintiffs are permitted to file a third amended complaint adding Jorge |
| 23 | Alonso as a plaintiff. |
| 24 | 2. Defendants reserve all rights related to the amended complaint, including |
| 25 | but not limited to the right to challenge the viability of Alonso's claims. |
| 26 | 3. The fact discovery cutoff shall be October 16, 2017. |
| 27 | 4. The deadline to file dispositive motions shall be **November 16, 2017**. |
| 28 |  |

1

**JOINT STIPULATION AND ORDER TO FILE THIRD AMENDED COMPLAINT**

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: June 6, 2017   /s/ Chad Saunders

Attorney for Plaintiffs

DATED: June 6, 2017   /s/ Caroline P. Donelan

(As authorized on June 5, 2017, L.R. 131(e))

Attorney for Defendants

IT IS SO ORDERED.

Dated: June 6, 2017

Troy L. Nunley
United States District Judge

2
**JOINT STIPULATION AND ORDERTO FILE THIRD AMENDED COMPLAINT**