1  BLANK ROME LLP
   Michael L. Ludwig (SBN 173850)
2  Ludwig@BlankRome.com
   Caroline P. Donelan (SBN 268762)
3  CDonelan@BlankRome.com
   2029 Century Park East, 6th Floor
4  Los Angeles, CA  90067
   Telephone:  424.239.3400
5  Facsimile:   424.239.3434

6  BLANK ROME LLP
   Anthony B. Haller (*pro hac vice*)
7  Haller@BlankRome.com
   One Logan Square
8  130 North 18th Street
   Philadelphia, PA 19103
9  Telephone:  215.569.5690
   Facsimile:  215.832.5690

*Attorneys for Defendants,*

Synthes, Inc., DePuy Synthes Sales,
Inc., Johnson & Johnson Services, Inc.,
and Synthes USA Sales, LLC

HUNTER PYLE LAW
Hunter Pyle (SBN 191125)
hunter@hunterpylelaw.com
Chad Saunders (SBN 257810)
csaunders@hunterpylelaw.com
428 Thirteenth Street, 11th Floor
Oakland, California 94612
Telephone:   (510) 444-4400
Facsimile:   (510) 444-4410

*Attorneys for Plaintiffs*

Edwin Houston Hayes, Greg Knapp, and
Mark Panozzo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN HOUSTON HAYES, GREG KNAPP, and MARK PANOZZO,<br><br>  Plaintiffs,<br>  v.<br>DEPUY SYNTHES SALES, INC., JOHNSON & JOHNSON SERVICES, INC.; SYNTHES, INC., and SYNTHES USA SALES, LLC,<br><br>  Defendants. | Case No.: 2:15-cv-01200-TLN-AC<br><br>**JOINT STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE AND REPORT DEADLINE**<br><br>Complaint filed:  June 3, 2015<br>FAC filed:  June 10, 2015<br>SAC filed:  February 20, 2017 |

**JOINT STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE AND REPORT DEADLINE**

Defendants SYNTHES, INC., DEPUY SYNTHES SALES, INC., JOHNSON & JOHNSON SERVICES, INC. and SYNTHES USA SALES, LLC ("Defendants") and Plaintiffs EDWIN HOUSTON HAYES and GREG KNAPP ("Plaintiffs"), by and through their counsel of record, hereby jointly stipulate and respectfully request that the Court extend the Parties expert disclosure and report deadline as follows:

WHEREAS, the Court granted the Parties' previous request to extend the fact discovery cutoff until October 16, 2017 (Dkt. 39);

WHEREAS, the Parties agree that the expert disclosure and report deadline should be extended until October 31, 2017; and

WHEREAS, this stipulation will not change any of the other dates set by the Court (*see* Dkts. 36 and 39), including the trial date.

THEREFORE, THE PARTIES HEREBY STIPULATE to, and seek an order from this Court, as follows:

1. The deadline for the Parties to exchange expert disclosures and reports shall be October 31, 2017.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: August 31, 2017        /s/ Chad Saunders
                              Attorney for Plaintiffs

DATED: August 31, 2017        /s/ Caroline P. Donelan
                              (As authorized on August 31, 2017, L.R. 131(e))
                              Attorney for Defendants

1

**JOINT STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE AND REPORT DEADLINE**

IT IS SO ORDERED.

Dated: August 31, 2017

Troy L. Nunley
United States District Judge

2
**JOINT STIPULATION AND ORDER TO EXTEND EXPERT DISCLOSURE AND
REPORT DEADLINE**