BLANK ROME LLP
Michael L. Ludwig (SBN 173850)
Ludwig@BlankRome.com
Caroline Powell Donelan (SBN 268762)
CDonelan@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

BLANK ROME LLP
Anthony B. Haller (*pro hac vice*)
Haller@BlankRome.com
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone: 215.569.5690
Facsimile: 215.832.5690

Attorneys for Defendants,
DePuy Synthes Sales, Inc.,
Johnson & Johnson Services, Inc.,
Synthes, Inc., and Synthes USA Sales, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN HOUSTON HAYES, GREG KNAPP, MARK PANOZZO and JORGE ALONSO,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>DEPUY SYNTHES SALES, INC., JOHNSON & JOHNSON SERVICES, INC.; SYNTHES, INC.; and SYNTHES USA SALES, LLC,<br><br>　　　　　Defendants. | Case No.: 2:15-cv-01200-TLN-AC<br><br>**ORDER GRANTING REQUEST FOR ORDER ENLARGING PAGE LIMIT INCREASE REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY ADJUDICATION** |

Having considered Defendants' Request for Order Enlarging Page Limit Increase Regarding Defendants' Motion for Summary Judgment or, in the Alternative, Motion for Summary Adjudication, and finding good case therefor,

IT IS HEREBY ORDERED THAT:

(1) Defendants' Request is GRANTED;

(2) Defendants may file their Motion for Summary Judgment or, in the Alternative, Motion for Summary Adjudication, which shall not exceed thirty (30) pages (exclusive of any pages containing the table of contents or table of authorities).

IT IS SO ORDERED.

Dated: October 20, 2017

Troy L. Nunley
United States District Judge