| | |
|---|---|
| BLANK ROME LLP<br>Michael L. Ludwig (SBN 173850)<br>Ludwig@BlankRome.com<br>Caroline P. Donelan (SBN 268762)<br>CDonelan@BlankRome.com<br>2029 Century Park East, 6th Floor<br>Los Angeles, CA 90067<br>Telephone: 424.239.3400<br>Facsimile: 424.239.3434<br><br>BLANK ROME LLP<br>Anthony B. Haller (*pro hac vice*)<br>Haller@BlankRome.com<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103<br>Telephone: 215.569.5690<br>Facsimile: 215.832.5690<br><br>*Attorneys for Defendants,*<br><br>Synthes, Inc., DePuy Synthes Sales, Inc., Johnson & Johnson Services, Inc., and Synthes USA Sales, LLC | HUNTER PYLE LAW<br>Hunter Pyle (SBN 191125)<br>hunter@hunterpylelaw.com<br>Chad Saunders (SBN 257810)<br>csaunders@hunterpylelaw.com<br>428 Thirteenth Street, 11th Floor<br>Oakland, California 94612<br>Telephone: (510) 444-4400<br>Facsimile: (510) 444-4410<br><br>*Attorneys for Plaintiffs*<br><br>Edwin Houston Hayes, Greg Knapp, Mark Panozzo and Jorge Alonso |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWIN HOUSTON HAYES, GREG KNAPP, MARK PANOZZO and JORGE ALONSO<br><br>            Plaintiffs,<br>  v.<br><br>DEPUY SYNTHES SALES, INC., JOHNSON & JOHNSON SERVICES, INC.; SYNTHES, INC., and SYNTHES USA SALES, LLC,<br><br>            Defendants. | Case No.: 2:15-cv-01200-TLN-AC<br><br>**JOINT STIPULATION AND ORDER REGARDING EXPERT DISCLOSURES, BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT**<br><br>Complaint filed: June 3, 2015<br>FAC filed: June 10, 2015<br>SAC filed: February 20, 2017<br>TAC filed: June 8, 2017 |

| | |
|---|---|
| 1 | Defendants SYNTHES, INC., DEPUY SYNTHES SALES, INC., JOHNSON |
| 2 | & JOHNSON SERVICES, INC. and SYNTHES USA SALES, LLC ("Defendants") |
| 3 | and Plaintiffs EDWIN HOUSTON HAYES, GREG KNAPP, MARK PANOZZO, |
| 4 | and JORGE ALONSO ("Plaintiffs") (together with Defendants, "the Parties"), by and |
| 5 | through their counsel of record, hereby jointly stipulate and respectfully request that |
| 6 | the Court set the following briefing schedule and hearing date for the Parties' cross |
| 7 | motions for summary judgment and/or partial summary judgment: |
| 8 | WHEREAS, Plaintiffs and Defendants each intend to file motions for summary |
| 9 | judgment and/or partial summary judgment of the claims in this case; |
| 10 | WHEREAS, the Parties have met and conferred and agreed upon a proposed |
| 11 | schedule for expert disclosures, a proposed briefing schedule on the Parties' cross |
| 12 | motions for summary judgment and/or partial summary judgment and a proposed |
| 13 | hearing date on those motions; and |
| 14 | WHEREAS, this stipulation will not change any of the other dates set by the |
| 15 | Court, including the trial date. |
| 16 | THEREFORE, THE PARTIES HEREBY STIPULATE to, and seek an order |
| 17 | from this Court, setting the Parties' expert disclosures, briefing schedule and hearing |
| 18 | date for the Parties' motions for summary judgment and/or partial summary judgment |
| 19 | as follows: |
| 20 |    1. The deadline for the Parties to exchange expert disclosures shall be |
| 21 |       November 10, 2017; |
| 22 |    2. The deadline for the Parties to file their opening briefs shall be November |
| 23 |       10, 2017; |
| 24 |    3. The deadline for the Parties to file their opposition briefs shall be December |
| 25 |       8, 2017; |
| 26 |    4. The deadline for the Parties to file their reply briefs shall be December 22, |
| 27 |       2017; and |
| 28 | 1 |

**JOINT STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT**

5. The hearing date for the Parties' summary judgment and/or partial summary judgment motions shall be January 11, 2018, or as soon thereafter as the matter may be heard by the Court.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: October 31, 2017        /s/ Chad Saunders

                                                  Attorney for Plaintiffs

DATED: October 31, 2017        /s/ Caroline P. Donelan

                                                  (As authorized on October 30, 2017, L.R. 131(e))

                                                  Attorney for Defendants

IT IS SO ORDERED.

Dated: October 31, 2017

                                                  Troy L. Nunley
                                                United States District Judge

2

**JOINT STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT**